# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
   v.

HUBER MARROQUIN-JIMENEZ,
          Defendant.

**APPEARANCE**

Case Number: 08MJ2246

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    HUBER MARROQUIN-JIMENEZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/28/2008 | /s/ STEVEN L. BARTH |
| Date | Signature |
| | Steven L. Barth / Federal Defenders of SD     224185 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 28, 2008                                             /s/ Steven L. Barth
                                                                                                  STEVEN L. BARTH
                                                                                                  Federal Defenders of San Diego, Inc.
                                                                                                  225 Broadway, Suite 900
                                                                                                  San Diego, CA 92101-5030
                                                                                                  (619) 234-8467  (tel)
                                                                                                  (619) 687-2666  (fax)
                                                                                                  e-mail: Steven_Barth@fd.org